**S.D. Phillip KOENIG, Appellant,**

v.

**Dave DORMIRE, Appellee.**

**No. 07–2121.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 10, 2008.

Filed: April 14, 2008.

S.D. Phillip Koenig, Jefferson City, MO, pro se.

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Missouri inmate S.D. Phillip Koenig challenges the district court's [1] 28 U.S.C. § 1915A preservice dismissal of his action, construed as one under 42 U.S.C. § 1983, as well as its failure to rule on his motion to add defendants, and its denials of his other motions including a motion for post-judgment relief. Upon review, we conclude that dismissal was proper for the reasons stated by the court, and there is no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B. Koenig's motion on appeal to file a supplemental brief is granted, and his other pending motions are denied.

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.